UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CASEN CARVER AND EVERETT LEE | CIVIL DOCKET |
| VERSUS | NO. 24-2158 |
| FOX NEWS, INC., IHEARTMEDIA, INC., AND ASHLEY BAUSTERT | SECTION: "J"(5) |

# ORDER

Before the Court is a *Motion to Dismiss for Failure to State a Claim* **(Rec. Doc. 20)** filed by Defendant Ashley Baustert. The Court finds that no further briefing on this issue is necessary. Previously, the Court denied Plaintiffs' *Motion to Remand* (Rec. Doc. 34), finding that Defendant Baustert was improperly joined because of the Plaintiffs' inability to establish a defamation cause of action against her. (Rec. Doc. 48). For the same reasons provided in its previous order (Rec. Doc. 48), the Court finds that the Plaintiffs failed to state a claim against Defendant Ashley Baustert. Accordingly,

**IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART** as it relates to Plaintiffs' failure to state a claim against Defendant Ashley Baustert.

**IT IS FURTHER ORDERED** that the parties are to brief the issue of whether Defendant Ashley Baustert is entitled to attorney's fees and costs pursuant to La. Stat. Ann. § 13:3381. Specifically, whether Defendant Baustert, the mother of victim, is a proper "defendant" as defined by § 13:3381 (A)(1), (3) and (B)(1). The parties shall submit briefs on the issue no later than **November 27, 2024.**

New Orleans, Louisiana, this 1st day of November, 2024.

                                                                                              CARL J. BARBIER
                                                                                              UNITED STATES DISTRICT JUDGE