UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CASEN CARVER AND EVERETT LEE | CIVIL DOCKET |
| VERSUS | NO. 24-2158 |
| NANCY GRACE ET AL. | SECTION: "J"(5) |

# ORDER

Before the Court are the following three motions: (1) *Motion to Dismiss for Lack of Jurisdiction* **(Rec. Doc. 24)**; (2) *Motion to Dismiss for Insufficient Service* **(Rec. Doc. 24)**, both filed by Defendants Nancy Grace and iHeartMedia, Inc.; and a (3) *Motion to Dismiss for Failure to State a Claim Pursuant to Federal Rules of Civil Procedure 12(b)(6)* **(Rec. Doc. 27)** filed by Defendant Fox News Network, LLC.

Previously, the Court denied Plaintiffs' *Motion to Remand* (Rec. Doc. 34) and granted in part Defendant Ashley Baustert's *Motion to Dismiss for Failure to State a Claim* (Rec. Doc. 20), finding the Plaintiffs' inability to establish a defamation cause of action against Defendant Ashley Baustert. (Rec. Docs. 48, 50).

The Court then granted Defendants Nancy Grace and iHeartMedia, Inc.'s *Motion to Dismiss for Failure to State a Claim*. (Rec. Doc. 58). The Court found Plaintiffs' defamation claims against Nancy Grace and iHeartMedia, Inc. were not actionable because the statements at issue were not defamatory because they were either not "of and concerning" the Plaintiffs; substantially true; Nancy Grace's opinion; and/or based on statements of law enforcement officials. (Rec. Doc. 58). This order granted dismissal of all claims asserted against Defendant Nancy Grace and

iHeartMedia, Inc. in the Petition filed by Plaintiffs Casen Carver and Everett Lee in Orleans Parish Civil District Court on July 1, 2024, and removed to this Court on August 30, 2024.

Regarding the pending *Motion to Dismiss for Lack of Jurisdiction* (Rec. Doc. 24), the Court finds that this motion should be dismissed as moot because the Court previously granted dismissal of all claims asserted against Defendants Nancy Grace and iHeartMedia, Inc. (Rec. Doc. 58).

Regarding the pending *Motion for Dismiss for Insufficient Service of Process* (Rec. Doc. 24), the Court finds that this motion should likewise be dismissed as moot, in part, regarding Defendants argument of improper service as to Nancy Grace. The Court finds that the motion should be granted in part regarding Defendants' argument of improper service to iHeartMedia, Inc. because Plaintiffs waived any argument that iHeartMedia, Inc. was properly served when Plaintiffs failed to brief this issue.

Regarding the *Motion to Dismiss for Failure to State a Claim Pursuant to Federal Rules of Civil Procedure 12(b)(6)* (Rec. Doc. 27) filed by Defendant Fox News Network, LLC, the Court finds that this motion should be granted. Plaintiffs sued Fox News primarily over statements by Defendant Ashley Baustert on the Fox Nation program, "Left for Dead: The Case of Madison Brooks" and statements made by Defendant Nancy Grace during a preview of the Fox Nation Show that aired on the Fox News Channel. (Rec. Doc. 27-1, at 2) (citing to Rec. Doc. 1-1, Petition, ¶¶ 10, 69, 70–71, 89–91). After the Court issued its orders denying Plaintiffs' *Motion to Remand*

and dismissing Plaintiffs' claims against Defendant Baustert (Rec. Docs. 48, 50), the Court finds that these statements should likewise be dismissed as to Defendant Fox News Network, LLC.

Therefore, the only remaining statement for the Court to decide is a statement made by Defendant Nancy Grace on the Fox News Preview of the Fox Nation Show. (Rec. Doc. 54, at 1). The statement is as follows:

> She [Madison Brooks] gets into a car with people she doesn't really know that well, she ends up being horribly sex assaulted, they push her out on the highway, she gets run over and killed, I want felony murder charges on all of those young men and that has not happened yet.

(Rec. Doc. 54, at 2) (citing to Rec. Doc. 1-1, Petition, ¶¶ 69, 89). Having considered the motion and memoranda, the record, and the applicable law, the Court finds that Plaintiffs failed to state claim that the statement in paragraphs 69 and 89 of the Petition is actionable in defamation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants Nancy Grace and iHeartMedia, Inc.'s *Motion to Dismiss for Lack of Jurisdiction* **(Rec. Doc. 24)** is **DISMISSED as moot.**

**IT IS FURTHER ORDERED** that Defendants Nancy Grace and iHeartMedia, Inc.'s *Motion to Dismiss for Insufficient Service* **(Rec. Doc. 24)** is **DISMISSED in part** as it relates to improper service to Defendant Nancy Grace and **GRANTED in part** as it relates to improper service to Defendant iHeartMedia, Inc.

**IT IS FURTHER ORDERED** that Defendant Fox News Network, LLC's *Motion to Dismiss for Failure to State a Claim Pursuant to Federal Rules of Civil Procedure 12(b)(6)* **(Rec. Doc. 27)** is **GRANTED**.

New Orleans, Louisiana, this 10th day of December, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE