# United States Court of Appeals
# for the Fifth Circuit

No. 24-30808

United States Court of Appeals
Fifth Circuit
**FILED**
April 8, 2025
Lyle W. Cayce
Clerk

CASEN CARVER; EVERETT LEE,

*Plaintiffs—Appellants,*

versus

NANCY GRACE; IHEARTMEDIA ENTERTAINMENT, INCORPORATED; FOX NEWS NETWORK, L.L.C.,

*Defendants—Appellees.*

___

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:24-CV-2158

___

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of April 08, 2025, pursuant to appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Roeshawn Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT