No. 25-30101

_____

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

_____

CASEN CARVER; EVERETT LEE

*PLAINTIFFS-APPELLANTS*

V.

ASHLEY BAUSTERT

*DEFENDANT-APPELLEE*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
Civil Action No. 2:24-CV-2158
Honorable Carl J. Barbier, District Judge, presiding

_____

DEFENDANT-APPELLEE,
ASHLEY BAUSTERT

_____

APPELLEE'S MOTION TO SUPPLEMENT THE RECORD
_____

# MOTION TO SUPPLEMENT THE RECORD

Appellee, Ashley Baustert, through undersigned counsel, and pursuant to Fed. R. App. Proc. 10(e) moves this court for an order permitting the Appellant to supplement the record on appeal in this case. As grounds for this motion the Appellant submits:

1. On February 6, 2025, after denying remand and finding Appellant was fraudulently joined (R. Doc. 842), the District Court held that Appellant was entitled to an award of fees and damages for the frivolous nature of Appellants' claims. (ROA. 1055).

2. On February 20, 2025, Appellee filed a Motion to Set Fees and Exemplary Damages. (ROA. 1063).

3. After the District Court issued an order granting fees and exemplary damages, but prior to the District Court entering the judgment, Appellants filed a Notice of Appeal as to the District Court's order granting Appellee's Motion to Set Fees and Damages. (ROA. 1087).

4. The record was lodged and the parties completed appellate briefing with this Court.

5. On July 18, 2025, the District Court entered Judgment and, based on the Order denying remand and the Orders granting the Motions to Dismiss, the District Court awarded fees and damages to Appellees. (Attached as Exhibit A).

1

6. Because the Notice of Appeal and appellate briefing were filed in this case prior to the Court entering Judgment in this matter, and in order for this Court to fully and fairly review the record, Appellants request the record be supplemented with the Judgment filed by the District Court on July 18, 2025 (Exhibit A).

7. This motion is filed in good faith and not for the purpose of delay.

8. The undersigned has consulted counsel for Appellants, who confirmed Appellants have no objection to this motion.

WHEREFORE the Appellant requests this Court to enter an order supplementing the record with the July 18, 2025 Judgment, which was filed in the District Court on July 18, 2025 (Exhibit A).

Dated: July 25, 2025

Respectfully submitted,

**FISHMAN HAYGOOD LLP**

*/s/ Kerry J. Miller*
Kerry J. Miller
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone: (504) 556-5549
Facsimile: (504) 310-6798
Email: kmiller@fishmanhaygood.com

**Counsel for Defendant-Appellee**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing Motion was electronically filed on the **25th** day of **July**, **2025**, using the Court's CM/ECF system which will provide a notice of electronic filing to all counsel of record.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CASEN CARVER AND EVERETT LEE | CIVIL ACTION |
| VERSUS | NO. 24-2158 |
| NANCY GRACE ET AL. | SECTION: "J"(5) |

## JUDGMENT

The Court's Orders (Rec. Docs. 48, 50, 58, 59) and the dismissal of Appeal (Rec. Doc. 72) resolves the claims asserted by the Plaintiffs in the above-captioned matter. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is rendered in favor of Defendants and against Plaintiffs, dismissing Plaintiffs' Complaint with prejudice. Defendant Ashley Baustert shall recover from Plaintiffs $10,728 in reasonable attorney's fees and $21,456 in exemplary damages, (Rec. Doc. 70), together with legal interest from date of judgment.

New Orleans, Louisiana, this 18th day of July, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

Exhibit "A"