UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASEN CARVER AND EVERETT LEE

VERSUS

ASHLEY BAUSTERT

CIVIL DOCKET

NO. 24-2158

SECTION: "J"(5)

## ORDER TO SHOW CAUSE

In light of the Mandate from the United States Court of Appeals for the Fifth Circuit **(Rec. Doc. 76)**,

**IT IS HEREBY ORDERED** that Plaintiffs' counsel, Joseph J. Long, shall appear before Judge Carl J. Barbier (500 Poydras Street, Room C268) on **Thursday, April 16, 2026, at 9:30 a.m.** to **SHOW CAUSE** as to why Plaintiffs and Mr. Long should not be sanctioned under (1) Federal Rule of Civil Procedure 11(c)(3) (for violation of Rule 11(b)) and *Willy v. Coastal Corp.*, 915 F.2d 965 (5th Cir. 1990); (2) 28 U.S.C. § 1447(c); (3) 28 U.S.C. § 1927; and/or (4) the Court's inherent authority.

**IT IS FURTHER ORDERED** that **on or before April 7, 2026**, Plaintiffs shall file into the record a formal brief explaining why the Court should not impose sanctions on them and their counsel under the provisions outlined above.

**IT IS FURTHER ORDERED** that any response by counsel for Defendant Ashley Baustert shall be filed **not later than Monday, April 13, 2026**.

New Orleans, Louisiana, this 24th day of March, 2026.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE